No. 73. PHILLIPS v. MARTIN MARIETTA CORP. C. A. 5th Cir. [Certiorari granted, 397 U. S. 960.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* in support of petitioner granted and 20 minutes allotted for that purpose. Respondent allotted 20 additional minutes for oral argument.

No. 77. UNITED STATES v. WELLER. Appeal from D. C. N. D. Cal. [Probable jurisdiction postponed, 397 U. S. 985.] Motion of the Solicitor General for additional time for oral argument granted and 15 additional minutes allotted for that purpose. Appellee allotted 15 additional minutes for oral argument.

No. 78. ATLANTIC CITY ELECTRIC CO. ET AL. v. UNITED STATES ET AL. Appeal from D. C. S. D. N. Y.; and

No. 106. ALABAMA POWER CO. ET AL. v. UNITED STATES ET AL. Appeal from D. C. D. C. [Probable jurisdiction noted, 398 U. S. 903.] Motion of the Solicitor General for additional time for oral argument granted and 20 additional minutes allotted for argument on behalf of the United States. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this motion.

No. 88. RAMSEY ET AL., DBA LEON NUNLEY COAL CO., ET AL. v. UNITED MINE WORKERS OF AMERICA. C. A. 6th Cir. [Certiorari granted, 397 U. S. 1006.] Motion of respondent for enlargement of time for oral argument denied.

No. 124. GRIGGS ET AL. v. DUKE POWER CO. C. A. 4th Cir. [Certiorari granted, 399 U. S. 926.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* on behalf of petitioners denied. MR. JUSTICE BRENNAN took no part in the consideration or decision of this motion.